

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00689-CV

**IN THE INTEREST OF A.T., JR.**, et al., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00746
Honorable Linda Ann Rodriguez, Judge Presiding[1]

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED January 10, 2024.

_____
Lori I. Valenzuela, Justice

---

[1] The order of termination was rendered by Judge Kimberly Burley.